EDITH KAY, EDWARD SINGER, THERESA SINGER, BENJAMIN KISHNER, CHARLOTTE KISHNER, DARRYL RANDERSON, MARJORIE RANDERSON, AND JANE LEONARD, Appellants, v. BOARD OF COUNTY COMMISSIONERS OF CLARK COUNTY, NEVADA, Respondent, v. REALTY HOLDINGS, INC., a Nevada Corporation, Intervenor–Respondent.

No. 6707

April 13, 1972                                    495 P.2d 628

*Peter L. Flangas,* of Las Vegas, for Appellants.

*Roy A. Woofter,* District Attorney, *Richard E. Vogel* and *Thomas R. Severns,* Deputy District Attorneys, Clark County, for Respondent.

*Lionel Sawyer Collins & Wartman,* of Las Vegas, for Intervenor-Respondent.

## OPINION

*Per Curiam:*

This appeal is from a district court denial of certiorari which

challenged the jurisdiction of the Board of County Commissioners to grant a setback variance. The Board did not act in excess of its jurisdiction, NRS 278.020, and we, therefore, affirm the district court out-of-hand.